■ LICHTMAN v GROSSBARD.—Motion granted insofar as to grant reargument of a prior order of this court, and upon reargument, the memorandum decision [129 AD2d 437] is amended as indicated, and insofar as it seeks leave to appeal to the Court of Appeals denied. Concur—Murphy, P. J., Sandler, Milonas, Rosenberger and Smith, JJ.

■ PEOPLE v MANUEL PATEL, Also Known as JAIME PIEDRA-TITA.—Upon the court's own motion, the order of this court entered on July 30, 1987 and the memorandum decision filed therewith [132 AD2d 498] are amended to reflect the caption indicated herein. Concur—Murphy P. J., Sullivan, Milonas, Kassal and Smith, JJ.